IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 27  P 1: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.: _____ |
| DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC. ) ) ) ) | |
| Defendants. ) ) | |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, plaintiff Massachusetts Institute of Technology ("MIT") hereby states that it is organized under the corporate laws of the Commonwealth of Massachusetts. There are no publicly-held companies owning ten (10) percent or more of the stock of MIT. Furthermore, MIT has no parent company, and owns no subsidiaries.

Respectfully submitted,

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

By its attorneys,

*Kathleen Burdette Shields*
Sarah Chapin Columbia (BBO #550155)
Kathleen Burdette Shields (BBO #637438)
CHOATE, HALL AND STEWART
Exchange Place, 53 State Street
Boston, MA  02109-2891
Tel:    (617) 248-5000
Fax:    (617) 248-4000

DATED: January 27, 2005

3793212v1