UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　Plaintiff,<br><br>v.<br><br>DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC.<br><br>　　Defendants. | Civil Action No.: 05-10156 PBS |

## NOTICE OF APPEARANCE OF STEVEN M. BAUER

Pursuant to L.R. 83.5.2(a), please enter the appearance of Steven M. Bauer of Proskauer Rose LLP as lead counsel for Plaintiff Massachusetts Institute of Technology in the above-referenced action.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date:   April 5, 2005　　　　　　　　　　　　/s/ Steven M. Bauer
　　　　　　　　　　　　　　　　　　　　　　　Steven M. Bauer (BBO# 542531)
　　　　　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP
　　　　　　　　　　　　　　　　　　　　　　　One International Place, 22nd floor
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (617) 526-9600
　　　　　　　　　　　　　　　　　　　　　　　sbauer@proskauer.com

719v1