UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC.<br><br>Defendants. | Civil Action No. 05-CV-10156-PBS |

## WITHDRAWAL OF APPEARANCE OF COUNSEL

Attorneys Sarah Chapin Columbia and Kathleen Burdette Shields hereby withdraw their appearance as counsel for the Plaintiff, Massachusetts Institute of Technology, in the above-captioned matter.

*/s/ Sarah Chapin Columbia*
Sarah Chapin Columbia (BBO #550155)
Kathleen Burdette Shields (BBO #637438)
CHOATE, HALL AND STEWART LLP
Exchange Place
53 State Street
Boston, MA 02109-2891
Tel: (617) 248-5000
Fax: (617) 248-4000

Dated: April 19, 2005

3910169v1