UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br>v.<br><br>DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC.,<br><br>Defendants. | Civil Action No.<br>05-10156-PBS |

**NOTICE OF APPEARANCE ON BEHALF OF DHARMACON, INC.
AND FISHER SCIENTIFIC INTERNATIONAL INC.**

Pursuant to Local Rule 83.5.2, please enter the appearance of Michael S. Shin on behalf of Dharmacon, Inc. and Fisher Scientific International Inc. in the above-captioned matter.

Dated: May 3, 2005

DECHERT LLP

/s/  Michael S. Shin
Michael S. Shin, BBO# 658134
200 Clarendon Street, 27th Floor
Boston, MA 02116
michael.shin@dechert.com
(617) 728-7100 (phone)
(617) 426-6567 (fax)