UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>      Plaintiff,<br>v.<br><br>DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC.,<br><br>      Defendants. | Civil Action No.<br>05-10156-PBS |

**STIPULATION CONCERNING EXTENSION OF TIME**

The parties to this case hereby stipulate and agree that Defendants shall have up to and including May 27, 2005 to answer or otherwise respond to Plaintiff's Amended Complaint.

/s/   Michael S. Shin
Timothy C. Blank, BBO # 548670
Michael S. Shin, BBO # 658134
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
timothy.blank@dechert.com
michael.shin@dechert.com
*Attorneys for Dharmacon, Inc. and Fisher Scientific International Inc.*

/s/   Steven M. Bauer
Steven M. Bauer, BBO # 542531
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
(617) 526-9600
sbauer@proskauer.com
*Attorneys for Massachusetts Institute of Technology*