UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Plaintiff,<br><br>v.<br><br>DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC.<br><br>    Defendants. | Civil Action No.: 05-10156 PBS |

**NOTICE OF APPEARANCE**

    Pursuant to L.R. 83.5.2(a), please enter the appearance of David J. Cerveny, Esq. of Proskauer Rose LLP as counsel for the plaintiff, Massachusetts Institute of Technology.

    Respectfully Submitted,

    Massachusetts Institute of Technology

    By its Attorneys,

    /s/ David J. Cerveny_____
    David J. Cerveny (BBO# 638307)
    PROSKAUER ROSE LLP
    One International Place
    Boston, Massachusetts 02110-2600
    Phone: 617-526-9600
    Fax:    617-526-9899

May 3, 2005