# United States District Court

_____ DISTRICT OF __MASSACHUSETTS_____

Massachusetts Institute of Technology

**SUMMONS IN A CIVIL CASE**

V.

Dharmacon, Inc. and Fisher Scientific International, Inc.

CASE NUMBER:

**05 CV 10156 PBS**

TO: (Name and address of defendant)

Dharmacon, Inc.
2650 Crescent Drive
Lafayette, Colorado 80026

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sarah Chapin Columbia, Esq.
Choate, Hall & Stewart
53 State Street, Exchange Place
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  1/27/2005

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: APRIL 14, 2005 |
| NAME OF SERVER (PRINT): TOM FREDERICKS | TITLE: PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *SEE BELOW

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on APRIL 20, 2005
Date

Signature of Server: TOM FREDERICKS, PROCESS SERVER
OUR FILE NO: 05-0374

Address of Server

*SERVED SUMMONS, COMPLAINT, AMENDED COMPLAINT AND NOTICE OF APPEARANCE TO MARY DRUMMOND, PERSON AUTHORIZED TO ACCEPT SERVICE. SERVED AT DHARMACON, INC C/O CORPORATION SERVICE COMPANY, 2711 CENTERVILLE ROAD, SUITE 400, WILMINGTON, DELAWARE 19808 AT 12:35 PM.

ESQUIRE DEPOSITION SERVICES, INC.
Legal Support Services
1880 J. F. KENNEDY BLVD.
15TH FLOOR
PHILA., PA 19103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.