# United States District Court

DISTRICT OF —— MASSACHUSETTS

Massachusetts Institute of Technology

### V.

Dharmacon, Inc. and Fisher
Scientific International, Inc.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 05 cv 10156 PBS

TO: (Name and address of defendant)

Fisher Scientific International, Inc.
One Liberty Lane
Hampton, NH  03842

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sarah Chapin Columbia, Esq.
Choate, Hall & Stewart
53 State Street, Exchange Place
Boston, MA  02109

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE    1/27/2005

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE APRIL 14, 2005 |
|---|---|
| NAME OF SERVER (PRINT) TOM FREDERICKS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☒ Other (specify):  *SEE BELOW_____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___APRIL 20, 2005___
                        Date

Signature of Server TOM FREDERICKS, PROCESS SERVER
OUR FILE NO:  05-0374

Address of Server

*SERVED SUMMONS, COMPLAINT, AMENDED COMPLAINT AND NOTICE OF APPEARANCE TO BRIAN PENROD, PERSON AUTHORIZED TO ACCEPT SERVICE.  SERVED AT FISHER SCIENTIFIC INTERNATIONAL, INC., C/O CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DELAWARE  19801 AT 11:30 AM. 302-777-0220.

ESQUIRE DEPOSITION SERVICES, INC.
Legal Support Services
1880 J. F. KENNEDY BLVD.
15TH FLOOR
PHILA., PA 19103

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.