UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br>v.<br><br>DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC.,<br><br>Defendants. | Civil Action No.<br>05-10156-PBS |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF DHARMACON INC.

Pursuant to Local Rule 7.3(A), Defendant Dharmacon, Inc. ("Dharmacon") makes the following corporate disclosure statement.

Dharmacon is wholly owned by Fisher Clinical Services Inc.

Dated:   May 4, 2005

DECHERT LLP

/s/   Michael S. Shin
Timothy C. Blank, BBO # 548670
Michael S. Shin, BBO # 658134
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
timothy.blank@dechert.com
michael.shin@dechert.com
*Attorneys for Dharmacon, Inc.*