UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>           Plaintiff,<br>v.<br><br>DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC.,<br><br>           Defendants. | Civil Action No.<br>05-10156-PBS |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF FISHER SCIENTIFIC INTERNATIONAL INC.**

Pursuant to Local Rule 7.3(A), Defendant Fisher Scientific International Inc. ("Fisher") makes the following corporate disclosure statement.

Fisher has no corporate parents. As of March 22, 2005, the only publicly held company that owned more than 10% of Fisher's stock was FMR Corp., a/k/a Fidelity Investments, which as of that date owned 12.57% of Fisher.

Dated:   May 4, 2005

                                        DECHERT LLP


                                        /s/   Michael S. Shin
                                        Timothy C. Blank, BBO # 548670
                                        Michael S. Shin, BBO # 658134
                                        200 Clarendon Street, 27th Floor
                                        Boston, MA 02116
                                        (617) 728-7100
                                        timothy.blank@dechert.com
                                        michael.shin@dechert.com
                                        *Attorneys for Fisher Scientific International Inc.*