UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>        Plaintiff,<br>v.<br><br>DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC.,<br><br>        Defendants. | Civil Action No.<br>05-10156-PBS |

## NOTICE OF APPEARANCE ON BEHALF OF DHARMACON, INC. AND FISHER SCIENTIFIC INTERNATIONAL INC.

Pursuant to Local Rule 83.5.2, please enter the appearance of Timothy C. Blank on behalf of Dharmacon, Inc. and Fisher Scientific International Inc. in the above-captioned matter.

Dated: May 3, 2005

                                    DECHERT LLP

                                    /s/  Timothy C. Blank
                                    Timothy C. Blank, BBO# 548670
                                    200 Clarendon Street, 27th Floor
                                    Boston, MA 02116
                                    timothy.blank@dechert.com
                                    (617) 728-7100 (phone)
                                    (617) 426-6567 (fax)