UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) | 05-10156-PBS |
| DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**FISHER SCIENTIFIC'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant Fisher Scientific International Inc. ("Fisher") hereby moves to dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

Dismissal is proper because Plaintiff has failed to state a claim as to Fisher in the counts alleged in the Amended Complaint.

WHEREFORE, Fisher respectfully requests that the Amended Complaint be dismissed pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF CONFERENCE

Counsel for Defendant hereby certifies that a conference was held with opposing counsel in a good faith effort to narrow the issues raised by this motion. The conference was not successful.

Dated:  May 27, 2005

Timothy C. Blank, BBO # 548670
Michael S. Shin, BBO # 658134
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
*Attorneys for Fisher Scientific International Inc.*

## CERTIFICATE OF SERVICE

HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS
SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY
BY MAIL (BY HAND) ON ___May 27, 2005___

9374292.1.LITIGATION