UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) | 05-10156-PBS |
| DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' OBJECTION TO JURY DEMAND AS TO THE CONTRACT-BASED CLAIMS

Defendants Dharmacon, Inc. ("Dharmacon") and Fisher Scientific International Inc. ("Fisher") (collectively "Defendants") hereby object pursuant to Fed. R. Civ. P. 39(a) to the jury demand by plaintiff Massachusetts Institute of Technology ("MIT") to the extent this demand applies to MIT's contract-based claims – namely, the breach of contract (Count I) and declaratory judgment (Count II) claims.[1]

The siRNA Distributor License Agreement ("License Agreement") between Dharmacon and MIT contains express dispute resolution provisions which set forth mandatory procedures for "any dispute arising out of or relating to" the License Agreement. The License Agreement states:

> Trial Without Jury. If the parties fail to resolve the dispute through mediation, or if neither party elects to initiate mediation, each party shall have the right to pursue any other remedies legally available to resolve the dispute, provided, however, that the parties expressly waive any right to a jury trial in any legal proceeding under this Article.

---

[1]    In its Amended Complaint MIT "demands a trial by jury on all issues so triable."

Here, it is undisputable that MIT's breach of contract and declaratory judgment claims arise out of or relate to the License Agreement, and thus, MIT has expressly waived any right to a jury trial as to those claims. Accordingly, any jury demand in the Amended Complaint as to MIT's contract-based claims is improper and should be struck.

## CONCLUSION

For the reasons stated above, Defendants object to the jury demand and respectfully request that the Court strike the jury demand in the Amended Complaint as to Counts I and II.

## CERTIFICATE OF CONFERENCE

Counsel hereby certifies that a conference was held with plaintiff's counsel in a good faith effort to narrow the issues on this matter. Plaintiff's counsel has stated that it will reconsider its jury demand once it has been determined who the appropriate parties are with respect to the separate counts in the Amended Complaint.

Respectfully submitted,

_____
Timothy C. Blank, BBO # 548670
Michael S. Shin, BBO # 658134
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
*Attorneys for Dharmacon, Inc. and
Fisher Scientific International Inc.*

## CERTIFICATE OF SERVICE

'HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS
SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY
BY MAIL (BY HAND) ON  May 27, 2005
_____

9462145.1.LITIGATION