UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Massachusetts Institute of Technology
        Plaintiff,                              CIVIL ACTION
                                                      NO.  05-10156-PBS
    v.

Fisher Scientific International, Inc.
        Defendant.

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                                   May 31, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion to Dismiss on **July 11, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                   By the Court,

                                                                   _/s/ Robert C. Alba_
                                                                  Deputy Clerk

Copies to:  All Counsel