UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　Plaintiff,<br><br>v.<br><br>DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC.,<br><br>　　　Defendants. | Civil Action No.: 05-10156 PBS |

## NOTICE OF APPEARANCE

　　　Pursuant to L.R. 83.5.2(a), please enter the appearance of Kimberly A. Mottley, Esq. of Proskauer Rose LLP as counsel for the plaintiff, Massachusetts Institute of Technology.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　Massachusetts Institute of Technology

　　　　　　　　　　　　　　　　　　　　By its Attorneys,


　　　　　　　　　　　　　　　　　　　　/s/ Kimberly A. Mottley
　　　　　　　　　　　　　　　　　　　　Kimberly A. Mottley (BBO# 651190)
　　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP
　　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110-2600
　　　　　　　　　　　　　　　　　　　　Phone:　617-526-9600
　　　　　　　　　　　　　　　　　　　　Fax:　　617-526-9899
　　　　　　　　　　　　　　　　　　　　Email:　kmottley@proskauer.com

June 9, 2005