UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

      Plaintiff,

v.

DHARMACON, INC. and FISHER
SCIENTIFIC INTERNATIONAL INC.,

      Defendants.

Civil Action No.: 05-10156 PBS

## MIT'S OPPOSITION TO FISHER SCIENTIFIC'S MOTION TO DISMISS

Plaintiff Massachusetts Institute of Technology ("MIT") hereby opposes defendant Fisher

Scientific International's ("Fisher's") Motion to Dismiss MIT's claims against Fisher. The

allegations in MIT's Complaint are more than sufficient to support a finding of liability against

Fisher for patent infringement and breach of contract.

First, Fisher belongs in this case because it *directly* infringes U.S. Patent No. 6,544,790

(the "'790 patent"), as alleged in MIT's Complaint. Fisher is a distributor for, and thus

independently infringes when it sells, co-defendant Dharmacon's infringing siRNA products.

Fisher's Motion to Dismiss makes no mention of these facts, and for this reason alone, Fisher's

Motion should be denied.

As to the breach of contract claims, Fisher's role as an independent innocent parent, or a

co-defendant corporation deeply involved in the events at issue, turns on facts only known to

Fisher, going to the relationship between Fisher and Dharmacon. Yet, Fisher has provided no

evidence relating to these facts and, even if Fisher had such evidence to submit now, MIT would

be entitled to discovery to test the interactions between these two companies and the

1

pervasiveness of Fisher's influence on Dharmacon's decision to disregard its contractual obligations.

While the arguments in Fisher's Motion suggest that MIT's breach of contract claims against Fisher arise solely because of Fisher's status as parent to Dharmacon, the fact is that MIT's allegations suggest that Fisher directly has participated in Dharmacon's breach of the Dharmacon-MIT license agreement, making it independently liable at least for tortious interference with the contract between Dharmacon and MIT, if not the breach itself.

MIT has alleged sufficient facts to support the pleadings.  As the evidence already available to MIT suggests, Fisher is a key participant in the breach of contract and infringement claims.  Fisher is not entitled to dismissal simply because it says, without evidentiary support, that it has no role in Dharmacon's infringement or ongoing contractual breach.

## BACKGROUND

1.    On December 21, 2001, Dharmacon entered into a license agreement with MIT (the "License Agreement"), whereby Dharmacon received a co-exclusive license to inventions relating to "small interfering RNA."

2.    The technology at issue, small interfering RNA ("siRNA") technology has been hailed by *Science Magazine* as the No. 1 scientific breakthrough of 2002 because it overturned the core belief of modern biology that DNA was the key molecule of life and that RNA solely played a passive role in protein production.  With the discovery of RNA interference, it was found that RNA plays a key role in regulation of gene expression in plants and lower organisms. With the discovery of siRNA, we learned that the same mechanism functions in higher organisms, including mammals.  siRNAs are short double-stranded RNAs which can shut down the expression of individual genes to which their sequences roughly match.  This allows

2

researchers, for the first time, to block the expression of individual genes in a quick and reliable way and therefore has been widely adopted by the scientific community for the purpose of identifying and cataloguing the function of our genes.  siRNAs themselves also have the potential to become an entirely novel class of therapeutics.  An siRNA targeted to a diseased protein can prevent production of that protein and therefore have the potential to cure a disease.  Furthermore, it is hypothesized that siRNA mimics the body's natural mechanism to fight viral infection and therefore siRNA may prove to have a role as an anti-viral therapeutic.

3.     In August of 2003, after paying royalties for four quarterly royalty periods, Dharmacon decided to change its interpretation of the License Agreement in a way intended to dramatically reduce its royalties payments to MIT (beginning by taking a six-figure "credit" against future royalties based on its previous royalties payments).  In April of 2004, Fisher acquired 100% ownership of Dharmacon.

4.     Section 2.1 of the License Agreement states:

License Grants.  Subject to the terms of this Agreement, M.I.T. hereby grants to [Dharmacon] and its AFFILIATES for the TERM a royalty-bearing nonexclusive license under the PATENT RIGHTS to develop, make, have made, use, sell, offer to sell, lease, and import LICENSED PRODUCTS in the FIELDS in the TERRITORY and to develop and perform LICENSED PROCESSES in the FIELD in the TERRITORY.  Neither [Dharmacon] nor its AFFILIATES shall have the right to enter into sublicensing agreements.

"Affiliate" is defined by Section 1.1 of the License Agreement to include

any legal entity (such as a corporation, partnership, or limited liability company) that controls or is controlled by [Dharmacon].  For purposes of this definition, the term "control" means (i) beneficial ownership of at least fifty percent (50 %) of the voting securities of a corporation or other business organization with voting securities …

(See License Agreement, attached to MIT's Complaint.)

5.      Fisher has sold (and still sells) the technology that Dharmacon made under the License Agreement, and which is subject to the patent infringement claims made in this case.

6.      Fisher qualifies as an "Affiliate" under the terms of the License Agreement, and would receive therefrom rights to "develop, make, have made, use, sell, offer to sell, lease, and import" licensed products.

7.      Since acquiring Dharmacon, Fisher has taken the lead role in all discussions with MIT relating to the license dispute.

A.      On June 28, 2004, a first meeting was held to discuss the license dispute. Representatives of Fisher, including Leland Foster, Chief Executive Officer of Fisher Biochemicals Group, and Albert Strausser, Vice President of Finance of Fisher Biochemicals Group, attended and took the lead in those negotiations.  Also present were people from Dharmacon (Kevin Nash, Vice President and General Counsel; Bill Marshall, Executive Vice President, Research & Operations Manager).

B.      A second meeting was held on September 15, 2004.  (Both meetings were at MIT).  Fisher's in-house counsel (John Dellapa) was the sole attendee, representing both Dharmacon and Fisher.  Mr. Dellapa asserted that he had authority to resolve the dispute.

C.      In October of 2004, in-house counsel for MIT and Mr. Dellapa exchanged telephone calls and information concerning potential mediation of this dispute – no Dharmacon representative participated in this exchange.

D.      On November 19, 2004, an introductory telephone call concerning the mediation was held with the mediator.  Participating in the call were MIT's in-house and outside legal counsel, Mr. Dellapa, and Tim Blank (Fisher's outside counsel).  No Dharmacon representative was on the call.

E.     In December of 2004, Mr. Dellapa agreed to provide Dharmacon product and sales information to MIT in advance of the mediation.  All negotiations for this information were funneled through Mr. Dellapa, and MIT counsel had no direct contact with any Dharmacon personnel in preparation for the mediation.

F.     On December 13-15, 2004, a mediation was held, which was attended by both Dharmacon representatives and Fisher representatives (including Mr. Dellapa and Lee Cheung, Fisher's outside patent attorney).

8.     Fisher sells the accused technology.  In fact, Fisher offers for sale the *very* product MIT named as an example in its Complaint – the si*ARRAY* RTF siRNA Library – as well as over 100 other siRNA products and reagents.  (See Ex. 1 (Fisher Website Excerpts).)


## ARGUMENT

### I.     MIT Adequately Pled In Its Complaint That Fisher Is Directly Liable For Patent Infringement.

In its Complaint, MIT alleges that "defendants use one or more of the methods claimed in the '790 patent in the ordinary course of business, and make, use, sell and/or offer for sale products that infringe" the '790 patent.  Fisher does not deny, and certainly submits no affidavit evidence to suggest, that it does not distribute or sell the accused technology.

As Fisher noted in its Memorandum filed in support of its Motion:

> In considering a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), a court must take well-pled factual allegations in the complaint as true and must make all reasonable inferences in favor of the plaintiff.

(See Fisher Memo at p. 3 (citing Watterson v. Page, 987 F.2d 1, 3 (1st Cir. 1993)).  MIT's allegation is well-pled – Fisher sells the accused technology – and this allegation alone mandates denial of Fisher's Motion.

Yet, rather than rely on mere allegations, the fact is that Fisher's website details

Dharmacon's role as a supplier to Fisher:

> Dharmacon is the market Leader in siRNA Technology.  Starter and Control Kits,
> as well as the new Transfection Kits and siMEM media *are available through
> Fisher Scientific as regular catalog items*.  All other products, including custom
> siRNA's, can be obtained via special orders.  *Contact your Fisher rep for details*!

(See Ex. 1 (Fisher Website Excerpts) (emphasis added).)

Fisher's distribution, sale and offers for sale of infringing products clearly amount to

direct infringement under 28 U.S.C. § 271(a).

Thus, the allegations as pled in MIT's Complaint are not only sufficient to keep Fisher in

the case, but are also supported in fact.


## II.    Fisher Is Also Properly In The Case Regarding The Breach Of Contract Claims.

MIT's breach of contract allegations against Fisher are clear and well-pled:

1.      "there are three categories of siRNA products for which Dharmacon and Fisher
have not paid the full 7% royalty on past Net Sales …" (Complaint, paragraph 19);

2.      "The License Agreement obligates Dharmacon and Fisher to pay the full 7%
royalty …" (Complaint, paragraph 20);

3.      "The refusal by Dharmacon and Fisher to pay the 7% royalty on all of
Dharmacon's sales of the Kitted Products, the Purified Products and the Selected Products is
a breach of the License Agreement."  (Complaint, paragraph 21); and

4.      "Both Dharmacon and Fisher have failed to honor, have disputed, and are likely
to dispute in the future, Dharmacon's obligation to pay running royalties at the rate of 7% on
Net Sales of all Licensed Products, including all of Dharmacon's siRNA products."
(Complaint, paragraph 28).

For purposes of Fisher's Motion, these allegations must be taken as true, and are

sufficient to support MIT's contractual claims against Fisher.

Fisher, for its part, argues (without any evidence) that the claims against it should be

dismissed because it is nothing more than the innocent "parent" of Dharmacon – and thus has no

independent liability.  Under Massachusetts law, however, the determination of whether a parent corporation can be held liable for breach of a contract by its wholly-owned subsidiary depends upon an extremely fact-intensive inquiry.  As this Court itself has noted, "'[t]he legal standard for when it is proper to pierce the corporate veil is notably imprecise and fact-intensive.'"  The George Hyman Constr. Co. v. Gateman, et al., 16 F. Supp. 2d 129, 150-51 (D. Mass. 1998) (Saris, J.) (quoting Crane v. Greene & Freedman Baking Co., 134 F.3d 17, 21 (1st Cir. 1998)); see also Evans v. Multicon Constr. Corp., et al., 574 N.E.2d 395, 398 (Mass. App. Ct. 1991).

Not only does the analysis require a weighing of the twelve Evans factors, but there are also considerations beyond these twelve factors – equitable considerations – which may warrant piercing the veil in certain circumstances.  See George Hyman Constr. Co., 16 F. Supp. 2d at 150-60 ("Overarching the point-by-point analysis are equitable considerations.").

Other than the first Evans factor of "common ownership" (which is undisputed here), the other eleven Evans factors require an analysis of facts to which MIT would be entitled to discovery to learn the details of.  Curiously, Fisher has decided against supplying a declaration or affidavit supporting its bald allegations that it should be dropped from the case at this early date.

What MIT does know, at this stage of the case, is that Fisher has had a significant role in the proceedings between the parties over the past year – with its group leaders and in-house counsel taking leading positions in discussions with MIT and attending mediation.  Clearly, one can speculate that Fisher's role is not limited to the publicly-available information, but that Fisher has had a significant behind-the-scenes role in these activities.  Fisher is not entitled to dismissal solely because it is the parent of Dharmacon.

Because the case is at its earliest stages, and because of the highly factual nature of this inquiry, at a minimum, this Court should deny Fisher's Motion, and not reconsider it until MIT has had full discovery on the facts which bear on these factors.

### III. Fisher's Activity May Also Amount To Tortious Interference With The License Agreement.

Finally, Fisher can not simultaneously claim it has no legal responsibility for Dharmacon's actions in breaching its contract, while at the same time leading the battle against MIT. Regardless of the *direct* level of control it exercises on Dharmacon, Fisher also is independently liable for tortious interference with the License Agreement. If Fisher is not controlling the breaching conduct, at a minimum Fisher is encouraging it.

MIT believes that claims for tortious interference are adequately subsumed within the breach of contract claims. If this Court believes this allegation is inadequately pled, then MIT respectfully requests herein leave to file an amended complaint specifically to include such allegations against Fisher.

Respectfully Submitted,

Massachusetts Institute of Technology

By its Attorneys,

/s/ Steven M. Bauer
Steven M. Bauer (BBO# 542531)
David J. Cerveny (BBO# 638307)
Kimberly A. Mottley (BBO# 651190)
PROSKAUER ROSE LLP
One International Place
Boston, Massachusetts 02110-2600
Phone: 617-526-9600
Fax: 617-526-9899

June 10, 2005



## supplier profile

<<-- Return To Supplier Listings

 product search


more options >
substructure search >


items: 0
cart is empty

# Dharmacon, Inc.

### 2650 Crescent Drive #100
### Lafayette, CO 80026

Dharmacon is the market Leader in siRNA Technology. Starter and Control Kits, as well as the new Transfection Kits and siMEM media are available through Fisher Scientific as regular catalog items. All other products, including custom siRNA's, can be obtained via special orders. Contact your Fisher rep for details!

.
Phone                 (800)235-9880
Fax                   (303) 604-9680

ordering | catalogs | what's new | suppliers | inside fisher
support | help | sitemap | contact us
* trademarks | legal & privacy

Copyright © 2005 Fisher Scientific International
server: fscweb1:80



## DHARMACON RESEARCH INC SIARRAY OPTIMIZATION PLATE 1C

Fisher offers many products that do not appear in our catalogs. This is one of those products, so pictures and detailed descriptions are not available. However, you can still order it by adding it to your shopping cart.

| Characteristics | Cat. No. | Qty. | Price |
|---|---|---|---|
| SIARRAY OPTIMIZATION PLATE 1C | NC9280405 Vendor No.:H002003 | | Each for $368.75 |

ordering | catalogs | what's new | suppliers | inside fisher
support | help | sitemap | contact us
* trademarks | legal & privacy

Copyright © 2005 Fisher Scientific International
server: fscweb1:80



**Fisher Scientific**

? help    ⊗ Shopping Cart    ⊡ My Templates
+ sitemap    ⊗ Place Rapid Order    ⊡ My Hotlists

⟳ are you a new user?    🔒 login

Ordering ▪ Catalogs ▪ What's New ▪ Suppliers ▪ Support ▪ Inside Fisher ▪ Home

**New Search**

[                    ] (Go→)

more options >>

**Refine Your Search Results** ▸

**- Refine by Category:**
- Transfection and Transformation (11)
- Biology (1)
- Cell Culture Media (1)
- Unclassified (167)

**+ Refine by Supplier:**

**+ Refine by Application:**

**Refine by Keywords**

[                    ] (Go→)

**Your Search Results: 180 items found**

search tips >
search
feedback >

Your Search: **Dharmacon siRNA**

1-25 | 26-50 | 51-75 | 76-100 | >> | >> >>

**1    Dharmacon* siSTABLE* RISC-Free siRNA**
Chemically modified to significantly extend siRNA stability ·Recommended for use as a non-specific control in experiments using siSTABLE modified...
Fisher Catalog > Molecular Biology Reagents and Kits > Transfection and Transformation >

**2    Dharmacon* siGLO* RISC-Free siRNA**
Stable, fluorescent, non-targeting transfection control ·Fluorescence is correlated with functional siRNA uptake ·Not processed by RISC; suitable...
Fisher Catalog > Molecular Biology Reagents and Kits > Transfection and Transformation >

**3    Dharmacon* siCONTROL* RISC-Free siRNA #1**
Chemical modifications impair uptake and processing by RISC ·Not processed by RISC; suitable for isolating cellular effects related only to siRNA...
Fisher Catalog > Molecular Biology Reagents and Kits > Transfection and Transformation >

**4    Dharmacon* siCONTROL* Cyclophilin B siRNA (Human/Mouse/Rat)**
Positive silencing control in human, mouse, and rat cell lines ·Target accession numbers NM_000942 (Human), NM_011149 (Mouse), NM_022536 (Rat) ·Validated,...
Fisher Catalog > Molecular Biology Reagents and Kits > Transfection and Transformation >

**5    Dharmacon* siGLO* Cyclophilin B siRNA (Human/Mouse/Rat)**
RNAi controls provide reliable assessment of transfection efficiency Stable, fluorescent form of Cyclophilin B enables correlation of fluorescence uptake...
Fisher Catalog > Molecular Biology Reagents and Kits > Transfection and Transformation >

**6    Dharmacon* siCONTROL* Lamin A/C siRNA (Human, Mouse, Rat)**

Validated, unmodified positive control siRNA
delivers guaranteed silencing ·Recommended as a
positive silencing control in human, mouse, and
rat...
Fisher Catalog > Molecular Biology Reagents and Kits >
Transfection and Transformation >

**7    Dharmacon* siCONTROL* Non-Targeting
siRNA**
Used in siRNA-mediated RNAi experiments as
controls for non-sequence-specific effects Key
Features ·Designed to have comparable GC
content to that...
Fisher Catalog > Molecular Biology Reagents and Kits >
Transfection and Transformation >

**8    Dharmacon* DharmaFECT* siRNA
Transfection Reagents**
Provide high efficiency of siRNA delivery with
minimal impact on cell viability across a broad
range of cell types Key Features ·Extensively
tested...
Fisher Catalog > Molecular Biology Reagents and Kits >
Transfection and Transformation >

**9    Dharmacon* siCONTROL TOX* Transfection
Control**
Simple, cost-effective and reliable control permits
qualitative or quantitative assessment of
transfection efficiency ·Successful transfection
leads...
Fisher Catalog > Molecular Biology Reagents and Kits >
Transfection and Transformation >

**10   Dharmacon* siSTARTER* Kits**
Facilitate siRNA optimization, provide validated
controls for RNAi assays Use standard reporter
systems (β−Gal and Luciferase)...
Fisher Catalog > Molecular Biology Reagents and Kits >
Transfection and Transformation >

**11   Dharmacon* siCONTROL Kits**
Contain panels of controls to facilitate
interpretation of siRNA-mediated silencing assays
Kits with a wide variety of controls enable
optimization of...
Science Education > Molecular Biology Reagents and Kits >
Transfection and Transformation >

**12   Dharmacon* siMEM Cell Culture Reagent for
RNAi**
Cell Culture Media; siMEM; For RNAi; Minimal
Essential Medium with Reduced Serum; 500mL...
Fisher Catalog > Cell Culture Media and Reagents > Cell
Culture Media >

**13 Dharmacon\* RNAi Technical Reference and Application Guide**
Book, Biology, Dharmacon RNAi Technical Reference and Application Guide; Contains over 100 pages of useful information including method comparisons, experimental...
Fisher Catalog > Books and Training Materials > Biology >

**14 SICONTROL GAPD SIRNA**
D0011400120
Dharmacon, Inc.:  D-001140-01-20

**15 SICONTROL GAPD SIRNA**
D0011400105
Dharmacon, Inc.:  D-001140-01-05

**16 SIGLO LAMIN A/C SIRNA - MOUSE**
D0016200305
Dharmacon, Inc.:  D-001620-03-05

**17 SIGLO LAMIN A/C SIRNA - HUMAN**
D0016200220
Dharmacon, Inc.:  D-001620-02-20

**18 SIGLO LAMIN A/C SIRNA - HUMAN**
D0016200205
Dharmacon, Inc.:  D-001620-02-05

**19 SIGLO LAMIN A/C SIRNA - MOUSE**
D0016200320
Dharmacon, Inc.:  D-001620-03-20

**20 SISTABLE NON-TARGET SIRNA 1**
D0012300120
Dharmacon, Inc.:  D-001230-01-20

**21 TRANSFECTION, DHARMAFECT 1**
T200103
Dharmacon, Inc.:  T-2001-03

**22 TRANSFECTION DHARMAFECT 2**
T00200204
Dharmacon, Inc.:  T-002002-04

**23 TRANSFECTION DHARMAFECT 2**
T00200201
Dharmacon, Inc.:  T-002002-01

**24 TRANSFECTION DHARMAFECT 4**
T200404
Dharmacon, Inc.:  T-2004-04

**25 TRANSFECTION, DHARMAFECT 4**
T200403
Dharmacon, Inc.:  T-2004-03

1-25  | 26-50  | 51-75  | 76-100  | >>  | >> >>

Was your search successful? Please give us your feedback or try these search tips.

ordering  |  catalogs   |  what's new   |  suppliers   |  inside fisher
support   |  help   |  sitemap   |  contact us
* trademarks  |  legal & privacy
Copyright © 2005 Fisher Scientific International
server: fscweb3:80



**Your Search Results: 180 items found**

search tips >
search
feedback >

Your Search: **Dharmacon siRNA**

<< | 1-25 | 26-50 | 51-75 | 76-100 | >> | >> >>

**New Search**

more options >>

**Refine Your Search Results**

- Refine by **Category:**
  - Transfection and Transformation (11)
  - Biology (1)
  - Cell Culture Media (1)
  - Unclassified (167)

+ Refine by **Supplier:**

+ Refine by **Application:**

Refine by **Keywords**

**26 TRANSFECTION, DHARMAFECT 1**
T200102
Dharmacon, Inc.: T-2001-02

**27 TRANSFECTION DHARMAFECT 4**
T200401
Dharmacon, Inc.: T-2004-01

**28 TRANSFECTION DHARMAFECT 1**
T200101
Dharmacon, Inc.: T-2001-01

**29 TRANSFECTION DHARMAFECT 2**
T200204
Dharmacon, Inc.: T-2002-04

**30 TRANSFECTION, DHARMAFECT 2**
T200203
Dharmacon, Inc.: T-2002-03

**31 TRANSFECTION, DHARMAFECT 2**
T200202
Dharmacon, Inc.: T-2002-02

**32 TRANSFECTION DHARMAFECT 2**
T200201
Dharmacon, Inc.: T-2002-01

**33 TRANSFECTION DHARMAFECT 4**
T00200404
Dharmacon, Inc.: T-002004-04

**34 TRANSFECTION DHARMAFECT 4**
T00200401
Dharmacon, Inc.: T-002004-01

**35 TRANSFECTION DHARMAFECT 1**
T00200101
Dharmacon, Inc.: T-002001-01

**36 TRANSFECTION DHARMAFECT 3**
T200304
Dharmacon, Inc.: T-2003-04

**37  TRANSFECTION, DHARMAFECT 3**
T200303
Dharmacon, Inc.:  T-2003-03

**38  TRANSFECTION, DHARMAFECT 3**
T200302
Dharmacon, Inc.:  T-2003-02

**39  TRANSFECTION DHARMAFECT 3**
T00200304
Dharmacon, Inc.:  T-002003-04

**40  TRANSFECTION DHARMAFECT 3**
T00200301
Dharmacon, Inc.:  T-002003-01

**41  TRANSFECTION, DHARMAFECT 4**
T200402
Dharmacon, Inc.:  T-2004-02

**42  TRANSFECTION DHARMAFECT 3**
T200301
Dharmacon, Inc.:  T-2003-01

**43  TRANSFECTION DHARMAFECT 1/PK**
T200104
Dharmacon, Inc.:  T-2001-04

**44  SICONTROL KIT COMPLETE – MOUSE**
K002800C203
Dharmacon, Inc.:  K-002800-C2-03

**45  SICONTROL KIT COMPLETE – MOUSE**
K002800C103
Dharmacon, Inc.:  K-002800-C1-03

**46  TRANSFECTION DHARMAFECT 1/PK**
T00200104
Dharmacon, Inc.:  T-002001-04

**47  SICONTROL KIT COMPLETE – HUMAN**
K002800C202
Dharmacon, Inc.:  K-002800-C2-02

**48  SICONTROL KIT COMPLETE – HUMAN**
K002800C102
Dharmacon, Inc.:  K-002800-C1-02

**49  SIRNA OPTIONC 0.2UMOLE REF2604**
NC9167606
Dharmacon, Inc.:  RNAOLIGOVATTA000005

**50  NCE2 SIRNA 20 NMOL**
NC9236514
Dharmacon, Inc.:  M00908100

<<  | 1-25  | 26-50  | 51-75  | 76-100  | >>  | >> >>

Was your search successful? Please give us your feedback or try these search tips.

ordering | catalogs | what's new | suppliers | inside fisher support | help | sitemap | contact us
* trademarks | legal & privacy
Copyright © 2005 Fisher Scientific International
server: fscweb3:80

Welcome to Fisher Scientific



**Your Search Results: 180 items found**

search tips >
search
feedback >

Your Search: **Dharmacon siRNA**

<<  | 1-25 | 26-50 | **51-75** | 76-100 | >>  | >> >>

**New Search**

more options >>

**Refine Your Search Results** ▶

- Refine by **Category:**
  - Transfection and Transformation (11)
  - Biology (1)
  - Cell Culture Media (1)
  - Unclassified (167)

+ Refine by **Supplier:**

+ Refine by **Application:**

Refine by **Keywords**



**51  CUL2 SIRNA (5NMOL)**
NC9261943
Dharmacon, Inc.:  M00727700

**52  C10ORF78 SIRNA (5NMOL)**
NC9261942
Dharmacon, Inc.:  M01569700

**53  SENP7 SIRNA 20 NMOL**
NC9236504
Dharmacon, Inc.:  M006035000020

**54  SIRNA GCN5-1**
NC9218680
Dharmacon, Inc.:  KIMSC000065

**55  NCE2 SIRNA 20 NMOL**
NC9249012
Dharmacon, Inc.:  M009081000020

**56  USP37 SIRNA 20 NMOL**
NC9249011
Dharmacon, Inc.:  M006085010020

**57  SIRNA FOR GTCGAGCATTATTCTTATA**
NC9239099
Dharmacon, Inc.:  SYKSIRNAI

**58  SIRNA FOR GAACTCCACAAACTGATCA**
NC9239097
Dharmacon, Inc.:  NIKSIRNAII

**59  SIRNA FOR GGATTATGAGTACCGAGAA**
NC9239096
Dharmacon, Inc.:  NIKSIRNAI

**60  SIRNA OPT A4 .02UMOL SI2308_C**
NC9191597
Dharmacon, Inc.:  CHICD0000075

**61  SIRNA OTION AR .02UMOL**
NC9191595
Dharmacon, Inc.:  CHICD0000071

**62**   **LOK SIRNA SMARTPOOL**
NC9205210
Dharmacon, Inc.: M00416801

**63**   **SIRNA REF CBP-2**
NC9218679
Dharmacon, Inc.: KIMSC000063

**64**   **USP37 SIRNA 20 NMOL**
NC9236511
Dharmacon, Inc.: M006085000020

**65**   **CRNKL1 SIRNA 20 NMOL**
NC9236502
Dharmacon, Inc.: M01901300020

**66**   **SIRNA DUPLEX #3**
NC9202676
Dharmacon, Inc.: CHICD000101

**67**   **SIRNA DUPLEX #2**
NC9202675
Dharmacon, Inc.: CHICD000099

**68**   **OLIGO/SIRNA DUPLEX #1**
NC9202674
Dharmacon, Inc.: CHICD000097

**69**   **USP30 SIRNA 20 NMOL**
NC9254595
Dharmacon, Inc.: M021294020020

**70**   **SIRNA CONTROL KIT**
NC9266538
Dharmacon, Inc.: K002800C301

**71**   **USP13 SIRNA 20 NMOL**
NC9254592
Dharmacon, Inc.: M006064000020

**72**   **USP6 SIRNA 20 NMOL**
NC9254591
Dharmacon, Inc.: M006096020020

**73**   **SIRNA CBP-1**
NC9218678
Dharmacon, Inc.: KIMSC000061

**74**   **SIRNA FOR**
NC9239112
Dharmacon, Inc.: MLK3SIRNAII

**75**   **SIRNA FOR GTGACGACATGGAGCACAA**
NC9239111
Dharmacon, Inc.: MLK3SIRNAI

&lt;&lt; | 1-25 | 26-50 | **51-75** | 76-100 | &gt;&gt; | &gt;&gt; &gt;&gt;

Was your search successful? Please give us your
feedback or try these search tips.

ordering  |  catalogs  |  what's new  |  suppliers  |  inside fisher
support  |  help  |  sitemap  |  contact us
* trademarks  |  legal & privacy
Copyright © 2005 Fisher Scientific International
server: fscweb3:80

Welcome to Fisher Scientific                                                                 Page 1 of 3



**Your Search Results: 180 items found**                                    search tips >
                                                                            search
                                                                            feedback >

Your Search: **Dharmacon siRNA**

<<  | 1-25 | 26-50 | 51-75 | **76-100** | >>  | >> >>

**76     HUMAN SIRNA DNAPK SIGENOME SMA**
        NC9209812
        Dharmacon, Inc.:  M00503000

**77     CUSTOM SIRNA SYNTHESIS**
        NC9259824
        Dharmacon, Inc.:  QUOTEMFRASIER

**78     CTSE SIRNA 20 NMOL**
        NC9236500
        Dharmacon, Inc.:  M005836010020

**79     NCOR SIRNA, 50NM**
        NC9276957
        Dharmacon, Inc.:  M05855600

**80     RENILLA SIRNA DUPLEX**
        NC9236451
        Dharmacon, Inc.:  P0020700105

**81     SIRNA FOR TCACCGCTATGTTAGAGAA**
        NC9239107
        Dharmacon, Inc.:  SYKSIRNAII

**82     SIRNA DUPLEX #2**
        NC9248553
        Dharmacon, Inc.:  SIEAB000027

**83     SIRNA DUPLEX #1**
        NC9248552
        Dharmacon, Inc.:  SIEAB000025

**84     HUMAN SIRNA #3**
        NC9248551
        Dharmacon, Inc.:  SIEAB000029

**85     TAK1 SIRNA 21BTARGET AAU GGC U**
        NC9269535
        Dharmacon, Inc.:  WANJH0009

**86     CHK2 SIRNA 20 NMOL**
        NC9204461
        Dharmacon, Inc.:  M00325603

## New Search

more options >>

**Refine Your Search Results**

- Refine by **Category:**
  - Transfection and Transformation (11)
  - Biology (1)
  - Cell Culture Media (1)
  - Unclassified (167)

+ Refine by **Supplier:**

+ Refine by **Application:**

Refine by **Keywords**



**87    SIRNA CIAP1MU**
NC9138937
Dharmacon, Inc.:  9999

**88    EIF3S3 SIRNA 20 NMOL**
NC9254574
Dharmacon, Inc.:  M003883000020

**89    REN SIRNA 20 NMOL**
NC9236499
Dharmacon, Inc.:  M006026000020

**90    UCHL1 SIRNA 20 NMOL**
NC9236498
Dharmacon, Inc.:  M004309000020

**91    UBE2G2 SIRNA 20 NMOL**
NC9236497
Dharmacon, Inc.:  M009095000020

**92    SIRNA DUPLEX #2 S6K2 MOUSE**
NC9207435
Dharmacon, Inc.:  SIEAB000015

**93    SIRNA DUPLEX #1 S6K2 MOUSE**
NC9207434
Dharmacon, Inc.:  SIEAB000013

**94    SIRNA DUPLEX #2 S6K2 HUMAN**
NC9207433
Dharmacon, Inc.:  SIEAB000019

**95    SIRNA DUPLEX #1 S6K2 HUMAN**
NC9207432
Dharmacon, Inc.:  SIEAB000017

**96    CUSTOM3 SIRNA 1.0 UMOL**
NC9927562
Dharmacon, Inc.:  CUSTOM3SIRNA

**97    CUSTOM2 SIRNA 1.0 UMOL**
NC9927561
Dharmacon, Inc.:  CUSTOM2SIRNA

**98    CUSTOM1 SIRNA 1.0UMOL**
NC9927560
Dharmacon, Inc.:  CUSTOM1SIRNA

**99    SIRNA GCN5-2**
NC9218681
Dharmacon, Inc.:  KIMSC000067

**100  5NMOL CHK1 SMARTPOOL SIRNA REA**
NC9203412
Dharmacon, Inc.:  M00325501

<<  | 1-25  | 26-50  | 51-75  | **76-100**  | >>  | >> >>

Was your search successful? Please give us your feedback or try these search tips.

ordering  |  catalogs  |  what's new  |  suppliers  |  inside fisher
support  |  help  |  sitemap  |  contact us
* trademarks  |  legal & privacy
Copyright © 2005 Fisher Scientific International
server: fscweb3:80



## New Search

more options >>

### Refine Your Search Results ›

- Refine by **Category:**
  - Transfection and Transformation (11)
  - Biology (1)
  - Cell Culture Media (1)
  - Unclassified (167)
+ Refine by **Supplier:**
+ Refine by **Application:**

Refine by **Keywords**



### Your Search Results: 180 items found

search tips >
search
feedback >

Your Search: **Dharmacon siRNA**

<< <<  | <<  | 101-125  | 126-150  | 151-175  | 176-180  | >>

**101   LAMIN A/C SIRNA/SIAB KIT**
NC9113081
Dharmacon, Inc.: K002750LA01

**102   BIRC 2 SIRNA**
NC9283355
Dharmacon, Inc.: M00439001

**103   20NMOLES EG5 DUPLEX SIRNA**
NC9229054
Dharmacon, Inc.: P0020130120

**104   OPTION A4 .2UMOL SIRNA**
NC9191596
Dharmacon, Inc.: CHICD0000073

**105   LRP6 SIRNA SMARTPOOL 20NMOL**
NC9297685
Dharmacon, Inc.: M003845010020

**106   MTOR SMART POOL SIRNA 5NMOLES**
NC9299650
Dharmacon, Inc.: M00300801

**107   SMART POOL SIRNA TP53, 10 NMOL**
NC9284364
Dharmacon, Inc.: M00332901

**108   CDK6 SMART POOL SIRNA 5NMOLES**
NC9299649
Dharmacon, Inc.: M00324002

**109   RPS6KL1 SMART POOL SIRNA 5NMOL**
NC9299648
Dharmacon, Inc.: M00537200

**110   NLK SMART POOL SIRNA 5NMOLES**
NC9299646
Dharmacon, Inc.: M00476301

**111   ROR1 SMART POOL SIRNA 5NMOLES**
NC9299644
Dharmacon, Inc.: M00317101

**112**   **SIGENOME SMARTPOOL SIRNA MS4A1**
NC9288035
Dharmacon, Inc.:  M01221400

**113**   **ANTI-LUC SIRNA-1**
NC9267698
Dharmacon, Inc.:  D0020500120

**114**   **JAK2 INDIVIDUAL SIRNA**
NC9206869
Dharmacon, Inc.:  D00314606

**115**   **BETA LACTAMASE SIRNA, 50 NMOL**
NC9241282
Dharmacon, Inc.:  M00592200

**116**   **SICONTROL NON-TARGETING SIRNA**
NC9168987
Dharmacon, Inc.:  D00120613200

**117**   **1.0UMOL SIRNA OPTION A4**
NC9290245
Dharmacon, Inc.:  BOSAB000005

**118**   **HUMAN GHRELIN PRECURSOR SIRNA,**
NC9284869
Dharmacon, Inc.:  M02086000

**119**   **CYCLIN C SIRNA SMARTPOOL REAGE**
NC9216170
Dharmacon, Inc.:  M00320901

**120**   **SEAP SIRNA**
NC9288537
Dharmacon, Inc.:  P0020830120

**121**   **PRESYNTHESIZED CONTRL SIRNA**
NC9045962
Dharmacon, Inc.:  D0012060120

**122**   **CASPASE 9 SIRNA**
NC9283356
Dharmacon, Inc.:  M00330700

**123**   **HUMAN FXR SMART POOL SIRNA (5**
NC9218042
Dharmacon, Inc.:  M00341400

**124**   **RAT FXR SMART POOL SIRNA (20NM**
NC9218041
Dharmacon, Inc.:  M09761800

**125**   **SICONTROL LAMIN A/C SIRNA**
NC9160394
Dharmacon, Inc.:  D0010500120X

<< <<  | <<  | **101-125** | 126-150 | 151-175 | 176-180 | >>

Was your search successful? Please give us your feedback or try these search tips.

ordering | catalogs | what's new | suppliers | inside fisher
support | help | sitemap | contact us
* trademarks | legal & privacy

Copyright © 2005 Fisher Scientific International
server: fscweb3:80



## New Search

[                    ] 

more options >>

### Refine Your Search Results

- Refine by **Category:**
  - Transfection and Transformation (11)
  - Biology (1)
  - Cell Culture Media (1)
  - Unclassified (167)

+ Refine by **Supplier:**

+ Refine by **Application:**

Refine by **Keywords**

[                    ] Go

**Your Search Results: 180 items found**

search tips >
search
feedback >

Your Search: **Dharmacon siRNA**

<< <<  |  <<  | 101-125 | **126-150** | 151-175 | 176-180 | >>

**126  5NMOL MET SIRNA SMARTPOOL**
NC9289514
Dharmacon, Inc.:  M00315602

**127  5NMOL DDR1 SIRNA SMARTPOOL**
NC9289511
Dharmacon, Inc.:  M00311103

**128  SIRNA FOR SPHINGOSINE KINASE 1**
NC9291043
Dharmacon, Inc.:  M00417202-5NMOL

**129  SIRNA FOR SPHINGOSINE 1-PHOSPH**
NC9291044
Dharmacon, Inc.:  M00365501-5NMOL

**130  LSK SIRNA SMARTPOOL**
NC9205056
Dharmacon, Inc.:  M00315401-0020

**131  TCTP SIRNA SMARTPOOL**
NC9205055
Dharmacon, Inc.:  M00455900-0020

**132  5NMOLES SIGLO LAMIN A/C SIRNA**
NC9229057
Dharmacon, Inc.:  D0016200105

**133  SMARTPOOL SIRNA MOUSE 10NMOL**
NC9247083
Dharmacon, Inc.:  M04072200-10NMOL

**134  SMARTPOOL SIRNA MOUSE 10NMOL**
NC9247082
Dharmacon, Inc.:  M04090500-10NMOLX

**135  CHK1 SIRNA 20 NMOL**
NC9204462
Dharmacon, Inc.:  M00325501 20NMOL

**136  SMARTPOOL SIRNA MOUSE 10 NMOL**
NC9247073
Dharmacon, Inc.:  M04072200-10NMOLX

**137 SMARTPOOL SIRNA MOUSE 10 NMOL**
NC9247070
Dharmacon, Inc.: M04072200-10NMOL

**138 SMARTPOOL SIRNA MOUSE 10 NMOL**
NC9247069
Dharmacon, Inc.: M04090500-10NMOL

**139 5NMOL MST1R(RON) SIRNA SMART**
NC9289516
Dharmacon, Inc.: M00315702

**140 CUSTOM SIRNA OPTION #C**
NC9931377
Dharmacon, Inc.: CUSTOMSIRNA#C

**141 UBE2D3SIRNA 20 NMOL**
NC9236493
Dharmacon, Inc.: M008478000020

**142 DHARMAFECT1 SIRNA .75ML**
NC9249704
Dharmacon, Inc.: T200102-075ML

**143 20NMOL CRIPTO SIRNA SMARTPOOL**
NC9301034
Dharmacon, Inc.: M01358500-20

**144 P21 SMART POOL SIRNA, 10 NMOL**
NC9286009
Dharmacon, Inc.: M00347100-10NMOL

**145 MOUSE ERRBETA SIRNA**
NC9300620
Dharmacon, Inc.: M-059177-00

**146 CUSTOM SIRNA / ROBIN BROWN**
NC9255654
Dharmacon, Inc.: CUSTOM/QT#CJT010404A

**147 SIGENOME 20NMOL SIRNA DHARMACO**
NC9200502
Dharmacon, Inc.: M-003114-01

**148 BIRC3 SIRNA/5NMOLS**
NC9291405
Dharmacon, Inc.: M-004099-02/5NMOLS

**149 5X SIRNA UNIVER BUFFER 100ML**
NC9126046
Dharmacon, Inc.: B002000-UB-100

**150 BIRC4 SIRNA/5NMOLS**
NC9291404
Dharmacon, Inc.: M-004098-01/5NMOLS

&lt;&lt; &lt;&lt;  | &lt;&lt;  | 101-125 | **126-150** | 151-175 | 176-180  | &gt;&gt;

Was your search successful? Please give us your feedback or try these search tips.

ordering  |  catalogs   |  what's new   |  suppliers   |  inside fisher
support   |   help   |  sitemap   |  contact us
* trademarks  |  legal & privacy
Copyright © 2005 Fisher Scientific International
server: fscweb3:80



Welcome to Fisher Scientific

? help
+ sitemap
⊠ Shopping Cart
⊡ Place Rapid Order
⊡ My Templates
⊡ My Hotlists

↻ are you a new user?    🔒 login

**Ordering ▪ Catalogs ▪ What's New ▪ Suppliers ▪ Support ▪ Inside Fisher ▪ Home**

## New Search

[_____] Go➡

more options >>

---

**Refine Your Search Results** ▶

– Refine by **Category:**
  - Transfection and Transformation (11)
  - Biology (1)
  - Cell Culture Media (1)
  - Unclassified (167)

+ Refine by **Supplier:**

+ Refine by **Application:**

Refine by **Keywords**

[_____] Go➡

---

**Your Search Results: 180 items found**

search tips >
search
feedback >

| Your Search: **Dharmacon siRNA** |

<< << | << | 101-125 | 126-150 | **151-175** | 176-180 | >>

**151  SIGLO LAMINA/C SIRNA HUMAN**
NC9299890
Dharmacon, Inc.:  D0016200205-5NMOL

**152  SIGENOME SIRNA 20NMOL DHARMA**
NC9200499
Dharmacon, Inc.:  M-003128-01

**153  SIGENOME 20NMOL SIRNA DHARMAC**
NC9200497
Dharmacon, Inc.:  M-003126-01

**154  SIGENOME 20NMOL SIRNA DHARMA**
NC9200495
Dharmacon, Inc.:  M-003127-01

**155  SIGENOME 20NMOL SIRNA**
NC9200494
Dharmacon, Inc.:  M-004670-00

**156  SIGENOME NPR SIRNA (5NMOLES)**
NC9268175
Dharmacon, Inc.:  M-005354-00

**157  SIRNA TRANSFECTION REAGENT 0.2**
NC9274023
Dharmacon, Inc.:  T-200101-0.2ML

**158  5NMOL EGFR SIRNA SMARTPOOL**
NC9289513
Dharmacon, Inc.:  M00311401/ 5NMOL

**159  MOUSE ERRALPHA SIRNA**
NC9300619
Dharmacon, Inc.:  M-040772-00

**160  RNF12 SMARTPOOL SIRNA, 5 NMOL**
NC9256730
Dharmacon, Inc.:  M-006982-0005

**161  SIGENOME 20NMOL SIRNA**
NC9200487
Dharmacon, Inc.:  M-004664-00

**162  PGL3 SIRNA**
NC9162596
Dharmacon, Inc.: D-001400-01-05

**163  SIGENOME 20NMOL SIRNA**
NC9200484
Dharmacon, Inc.: M-004663-00

**164  BIRC6 SIRNA**
NC9290538
Dharmacon, Inc.: M-013857-00

**165  BIRC5 SIRNA**
NC9290535
Dharmacon, Inc.: M-003459-01

**166  CASPASE 9 SIRNA**
NC9290533
Dharmacon, Inc.: M-003309-00

**167  LDB2 SMARTPOOL SIRNA, 5NMOL**
NC9256729
Dharmacon, Inc.: M-012570-005

**168  5NM CASPASE 8 SIRNA**
NC9300545
Dharmacon, Inc.: M00346604-5NM

**169  CASPASE 7 SIRNA**
NC9290532
Dharmacon, Inc.: M-004407-01

**170  SIGENOME: UBE2E1 SIRNA 5NM**
NC9297861
Dharmacon, Inc.: M-008850-01

**171  FAS SIGENOME SMART POOL SIRNA,**
NC9296395
Dharmacon, Inc.: M00377601-20

**172  SIGENOME: UBE2D1 SIRNA 5NM**
NC9297863
Dharmacon, Inc.: M-009387-01

**173  SMARTPOOL SIRNA HDAC9**
NC9205858
Dharmacon, Inc.: M-005241-0010

**174  SIGENOME:NFKBIA SIRNA 5NM**
NC9297860
Dharmacon, Inc.: M-004765-00

**175  SIGENOME 20NMOL SIRNA**
NC9200473
Dharmacon, Inc.: M-003025-01

<< << | << | 101-125 | 126-150 | **151-175** | 176-180 | >>

Was your search successful? Please give us your feedback or try these search tips.

ordering  |  catalogs   |  what's new   |  suppliers   |  inside fisher
support   |   help   |  sitemap   |  contact us
* trademarks   |  legal & privacy
Copyright © 2005 Fisher Scientific International
server: fscweb3:80

Welcome to Fisher Scientific



**Your Search Results: 180 items found**

search tips >
search
feedback >

| Your Search: **Dharmacon siRNA** |
| --- |

<< << | << | 101-125 | 126-150 | 151-175 | **176-180**

**176  RAT PPARALPHA SMART POOL SIRNA**
NC9222013
Dharmacon, Inc.:  M080000-00/20NM

**177  CASPASE 3 SIRNA/5NMOLS**
NC9291406
Dharmacon, Inc.:  M-004307-01/5NMOLS

**178  LDB1 SMARTPOOL SIRNA 5NMOL**
NC9256727
Dharmacon, Inc.:  M-016010-55-05

**179  1.5ML X 5 DHARMAFECT 1 SIRNA**
NC9247584
Dharmacon, Inc.:  T200104 KIT

**180  1.5ML DHARMAFECT1 SIRNA TRANSF**
NC9265837
Dharmacon, Inc.:  T-2001-03 (1.5ML)

<< << | << | 101-125 | 126-150 | 151-175 | **176-180**

Was your search successful? Please give us your feedback or try these search tips.

ordering  |  catalogs   |  what's new   |  suppliers   |  inside fisher
support   |   help   |   sitemap   |   contact us
* trademarks  |  legal & privacy
Copyright © 2005 Fisher Scientific International
server: fscweb3:80