UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS INSTITUTE<br>OF TECHNOLOGY,<br><br>        Plaintiff,<br>v.<br><br>DHARMACON, INC. and FISHER<br>SCIENTIFIC INTERNATIONAL INC.,<br><br>        Defendants. | Civil Action No.<br>05-10156-PBS |

**FISHER SCIENTIFIC'S MOTION TO FOR LEAVE TO FILE
REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3), defendant Fisher Scientific International Inc. ("Fisher") respectfully moves for leave to file a memorandum in reply to MIT's Opposition to Fisher Scientific's Motion to Dismiss. Fisher's reply is necessary to address factual allegations and theories of liability that MIT did not properly plead in its Amended Complaint but instead has introduced in its opposition brief. While MIT feigns surprise that Fisher did not address these matters in its opening brief, Fisher could hardly have anticipated arguments and allegations of which there was no suggestion in the Amended Complaint. This is especially so given that MIT's new theories of liability are not applicable to this case and the only new factual allegations that are potentially relevant to its claims are factually false. A reply memorandum would be Fisher's first opportunity to respond to the theories of liability and allegations MIT has offered in its opposition brief.

WHEREFORE, Fisher respectfully requests that its Motion for Leave to File a Reply Memorandum in Support of Its Motion to Dismiss be granted. Fisher submits its proposed reply memorandum attached hereto.

## CERTIFICATE OF CONFERENCE

Counsel for Defendant hereby certifies that he attempted to contact opposing counsel by telephone on July 1, 2005 to confer in good faith regarding the present motion but was unable to reach opposing counsel.

Dated: July 6, 2005

/s/ Michael S. Shin
Timothy C. Blank, BBO # 548670
Michael S. Shin, BBO # 658134
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
*Attorneys for Fisher Scientific International Inc. and Dharmacon, Inc.*