UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M.I.T
        V.                                      Civil Action Number
                                                  05-10156-PBS

Dharmacon, Inc., et al.                           July 11, 2005


## SCHEDULING ORDER

Saris, D.J.,


Fact Discovery deadline on contract case: 12/31/05

Fact Discovery deadline on patent case: 5/31/06

Markman Hearing: 11/15/05 and 11/16/05 at 2:00 p.m.

Final Pretrial Conference on contract case: 2/21/06 at 2:00 p.m.

Bench Trial on contract case: 2/27/05 at 9:00 a.m.

Case to be referred to Mediation program: Fall, 2005


                                                          By the Court,

                                                          /s/ Robert C. Alba
                                                          Deputy Clerk