UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>DHARMACON INC. AND FISHER SCIENTIFIC INTERNATIONAL, INC.<br><br>Defendants. | Civil Action No. 05-10156-PBS |

**[PROPOSED] SCHEDULING ORDER**

Plaintiff, Massachusetts Institute of Technology ("MIT") and Defendants, Dharmacon Inc. ("Dharmacon") and Fisher Scientific International, Inc. ("Fisher"), submit this proposed scheduling order, per the Court's directive during the July 11, 2005 scheduling conference.

| Discovery/Motion | Deadline |
|---|---|
| **Exchange of Documents Pursuant to Initial Disclosures** | August 12, 2005 |
| **Plaintiff to Make Initial Identification of Claims of U.S. Patent No. 6,544,790 Asserted** | August 30, 2005 |
| **Defendants to Identify Claim Terms Requiring Construction** | September 16, 2005 |
| **Parties to Exchange Proposed Claim Constructions, Without Prejudice, and to Meet and Confer to Narrow the Issues** | September 27, 2005 |
| **Claim Construction Briefs and Identification of Proposed Experts on Subject** | October 7, 2005 |
| **Identification of Experts Concerning Contract Case By Party with the Burden of Proof, If Any** | October 14, 2005 |
| **Responsive Claim Construction Briefs** | October 21, 2005 |
| **Identification of Rebuttal Experts Concerning Contract Case** | October 28, 2005 |

-2-

| Discovery/Motion | Deadline |
|---|---|
| **Expert Reports on Claim Construction** | October 28, 2005 |
| **Final Date for Submission of Motions Under FRCP 15, 19, and 20 for both Contract and Patent Cases** | October 28, 2005 |
| **Claim Construction Expert Depositions Concluded By** | November 4, 2005 |
| ***Markman* Hearing** | November 15-16, 2005 |
| **Expert Reports on Contract Case** | November 30, 2005 |
| **Rebuttal Expert Reports on Contract Case** | December 14, 2005 |
| **Close of Fact Discovery on Contract Case** | December 31, 2005 |
| **Expert Depositions concerning Contract Case Concluded by** | January 13, 2006 |
| **Dispositive Motions on Contract Case** | January 13, 2006 |
| **Oppositions to Dispositive Motions on Contract Case** | January 27, 2006 |
| **Pre-trial Disclosures for Contract Trial** | January 27, 2006 |
| **Pre-trial Memorandum and Motions *in Limine* for Contract Trial** | February 8, 2006 |
| **Oppositions to Motions *in Limine* for Contract Trial** | February 15, 2006 |
| **Final Pre-trial Conference for Contract Trial** | February 21, 2006 |
| **Bench Trial on Contract Issues** | Beginning February 27, 2006 |
| **Identification of Experts by Party with Burden of Proof for Patent Trial** | May 2, 2006 |
| **Identification of Rebuttal Experts** | May 23, 2006 |
| **Close of Fact Discovery for Patent Trial** | May 31, 2006 |
| **Opening Expert Reports on Issues for which Each Party Bears the Burden of Proof at Patent Trial** | June 13, 2006 |
| **Rebuttal Expert Reports for Patent Trial** | July 13, 2006 |

-3-

| Discovery/Motion | Deadline |
|---|---|
| **Expert Depositions Concluded by** | July 31, 2006 |
| **Dispositive Motions on Patent Trial** | August 15, 2006 |
| **Oppositions to Dispositive Motions on Patent Trial** | September 5, 2006 |
| **Pre-trial Disclosures for Patent Trial** | September 15, 2006 |
| **Pre-trial Memorandum, Motions *in Limine*, and Jury Instructions for Patent Trial** | September 29, 2006 |
| **Final Pre-trial Conference for Patent Trial** | At the Court's convenience<br><br>October, 2006 |
| **Patent Trial** | At the Court's convenience<br><br>October, 2006 |

Dated: August 9, 2005                                   Respectfully submitted,

Massachusetts Institute of Technology,         Dharmacon Inc., and
                                                                      Fisher Scientific International, Inc.

*By its attorneys,*                                          *By their attorneys*,

/s/ Steven M. Bauer                                       /s/ Timothy Blank
Steven M. Bauer, BBO #542531               Timothy Blank, BBO # 548670
David J. Cerveny, BBO # 638307              Michael Shin, BBO # 658134
Kimberly A. Mottley, BBO #651190          DECHERT LLP
PROSKAUER ROSE LLP                          200 Clarendon Street
One International Place                               27th Floor
Boston, MA 02110                                      Boston, MA 02116-5021
(617) 526-9600

So Ordered:

_____
Patti B. Saris, United States District Judge

_____
Dated