UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred   X

 Massachusetts Institute of Technology 

V.                                                      CA No.  05-10156-PBS 

 Dharmacon, Inc., et al 


In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Bowler  for the following proceedings:

(A)            Referred for full pretrial case management, including all dispositive motions.

(B)            Referred for full pretrial case management, not including dispositive motions:

(C)            Referred for discovery purposes only.

(D)            Referred for Report and Recommendation on:

               (  ) Motion(s) for injunctive relief
               (  ) Motion(s) for judgment on the pleadings
               (  ) Motion(s) for summary judgment
               (  ) Motion(s) to permit maintenance of a class action
               (  ) Motion(s) to suppress evidence
               (  ) Motion(s) to dismiss
               (  ) Post Conviction Proceedings[1]
                See Documents Numbered: _____

(E)    **X**      Case referred for events only.  See Doc. No(s).  34 Motion for Protective Order. 

(F)            Case referred for settlement.

(G)            Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
               (  ) In accordance with Rule 53, F.R.Civ.P.
               (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)            Special Instructions: _____

               _____


 October 6, 2005                                    By:    /s/ Robert C. Alba 
Date                                                       Deputy Clerk

**(Order of Reference - 05/2003)**

---

[1]    See reverse side of order for instructions