UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br>v.<br><br>DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC.,<br><br>Defendants. | Civil Action No.<br>05-10156-PBS |

**JOINT MOTION TO RESCHEDULE
OCTOBER 14 MEDIATION DATE**

The parties in this matter hereby jointly move to reschedule the mediation session that is currently scheduled for October 14, 2005 at 11:00 a.m. This request is being made because the observance of Yom Kippur will make the preparation, travel for and attendance at the mediation difficult for certain individuals who need to participate in order for the mediation to be meaningful.

The parties respectfully request that a new mediation date be set at the Court's convenience, and further note that the parties have conferred and are available to mediate on Tuesday, November 8 or Thursday, November 10, if either of those dates is available.

_____
Timothy C. Blank (BBO #548670)
Michael S. Shin (BBO #658134)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100

*Attorneys for Dharmacon, Inc. and Fisher Scientific International Inc.*

Dated: October 7, 2005

_____
Steven M. Bauer (BBO #542531)
David J. Cerveny (BBO #638307)
Kimberly A. Mottley (BBO #651190)
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110
(617) 526-9600

*Attorneys for Massachusetts Institute of Technology*