UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Plaintiff,<br><br>v.<br><br>DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC.,<br><br>    Defendants. | Civil Action No.: 05-10156 PBS |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Massachusetts Institute of Technology ("MIT"), and Defendants, Dharmacon, Inc. ("Dharmacon") and Fisher Scientific International, Inc. ("Fisher") hereby jointly stipulate to the following:

    1.    MIT hereby dismisses, without prejudice, its claim that Defendants infringe the '790 Patent (Count III of MIT's Amended Complaint);

    2.    Dharmacon and Fisher hereby dismiss, without prejudice, their counterclaims of Invalidity, Unenforceability and Noninfringement of the '790 Patent (Count III of Dharmacon's Counterclaim; Count II of Fisher's Counterclaim); and

    3.    All parties expressly reserve their rights to seek costs and fees associated with these claims.

| | |
|---|---|
| Dated: October 19, 2005 | Respectfully submitted, |
| Massachusetts Institute of Technology, | Dharmacon Inc., and Fisher Scientific International, Inc. |
| *By its attorneys,* | *By their attorneys,* |
| /s/ Steven M. Bauer<br>Steven M. Bauer, BBO #542531<br>David J. Cerveny, BBO # 638307<br>Kimberly A. Mottley, BBO #651190<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9600 | /s/ Timothy Blank<br>Timothy Blank, BBO # 548670<br>Michael Shin, BBO # 658134<br>DECHERT LLP<br>200 Clarendon Street<br>27th Floor<br>Boston, MA 02116-5021 |