UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE )
OF TECHNOLOGY, )
)
)
Plaintiff, )         Civil Action No.
v. )                  05-10156-PBS
)
DHARMACON, INC. and FISHER )
SCIENTIFIC INTERNATIONAL INC., )
)
Defendants. )

## ASSENTED TO MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER/CONFIDENTIALITY ORDER

Defendants hereby move the Court to continue the hearing scheduled for October 20, 2005 to November 3, at 10:00 A.M. Plaintiff's counsel has assented to this request.

Timothy C. Blank, BBO # 548670
Michael S. Shin, BBO # 658134
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
*Attorneys for Dharmacon, Inc. and Fisher Scientific International Inc.*

### Certificate of Service

I hereby certify that a true copy of the above document was served upon opposing counsel by electronic mail on October 17, 2005.

Michael S. Shin