UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br>v.<br><br>DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC.,<br><br>Defendants. | Civil Action No.<br>05-10156-PBS |

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MIT'S MOTION TO COMPEL DISCOVERY**

Defendants hereby move the Court to extend the time for filing of an opposition to MIT's Motion to Compel Discovery until December 16, 2005. Plaintiff's counsel has assented to this request.

November 29, 2005

/s/ Michael S. Shin
Timothy C. Blank, BBO # 548670
Michael S. Shin, BBO # 658134
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
*Attorneys for Dharmacon, Inc. and Fisher Scientific International Inc.*