# United States District Court
# District of Massachusetts

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
    Plaintiff,

v.                                    CIVIL ACTION NO. 2005-10156-PBS

DHARMACON, INC.,
FISHER SCIENTIFIC INTERNATIONAL, INC.,
    Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

    On December 13, 16 and 21, 2005, I held conferences re: the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION      __X__ MEDIATION

\_\_\_\_\_ MINI-TRIAL      \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

Plaintiff's and defendants' counsel participated.

[X]    The Case was SETTLED; the papers will be filed forthwith.

December 21, 2005                                *Robert B. Collings*
    DATE                                             ROBERT B. COLLINGS
                                                    United States Magistrate Judge

Copy to:     Judge Saris
                    Rebecca Tyler, Esquire,
                    Counsel for all parties.