UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DHARMACON, INC. and FISHER SCIENTIFIC INTERNATIONAL INC.,<br><br>　　　　Defendants. | Civil Action No.: 05-10156 PBS<br><br>Magistrate Judge Marianne B. Bowler |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Massachusetts Institute of Technology, Dharmacon, Inc. and Fisher Scientific International Inc. hereby stipulate to dismiss with prejudice all claims and counterclaims asserted in this action. Each party will bear its own costs.

Dated: December 22, 2005

Massachusetts Institute of Technology,

*By its attorneys,*

/s/ Steven M. Bauer
Steven M. Bauer, BBO #542531
David J. Cerveny, BBO # 638307
Kimberly A. Mottley, BBO #651190
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9600

Respectfully submitted,

Dharmacon, Inc., and
Fisher Scientific International Inc.

*By their attorneys*,

/s/ Timothy Blank
Timothy Blank, BBO # 548670
Michael Shin, BBO # 658134
DECHERT LLP
200 Clarendon Street
27th Floor
Boston, MA 02116-5021
(617) 728-7100